**Order filed May 27, 2021.**



**In The**

# Fourteenth Court of Appeals

_____

**NO.  14-21-00273-CV**
_____

**KATRINA RIDGE, Appellant**

**V.**

**AMANDA RIDGE, Appellee**

**On Appeal from the Probate Court No. 3**
**Harris County, Texas**
**Trial Court Cause No. 358,034**

## O R D E R

The clerk's record was filed May 25, 2021. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain: (1) Appellant's Notice of Appeal filed May 13, 2021; nor (2) Appellant's Statement of Inability to Afford Payment of Court Costs or an Appeal Bond filed on May 13, 2021.

The Harris County Clerk is directed to file a supplemental clerk's record on or before **June 7, 2021** containing: (1) Appellant's Notice of Appeal filed May 13, 2021; and Appellant's Statement of Inability to Afford Payment of Court Costs or an Appeal Bond filed on May 13, 2021.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Spain.